

*U.S. Department of Justice*

*United States Attorney*
*Eastern District of New York*

CHB/SA

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 8, 2012

By Hand-Delivery & ECF

The Honorable Nicholas J. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  United States v. Jorge Mejia
              Criminal Docket No. 10-615 (S-2)(NGG)

Dear Judge Garaufis:

       The government respectfully requests that the Court schedule a status conference on March 9, 2012 to address issues related to the defendant's possible involvement in acts of obstruction of justice and witness tampering. As the Court is aware, the defendant and others, including Ronald Herron, were charged with conspiring to distribute narcotics in and around the Gowanus Houses in Brooklyn, New York. The defendant pleaded guilty to unlawfully possessing a firearm in connection with that conspiracy and is scheduled to be sentenced in the near future. Meanwhile, Herron has been charged in a superseding indictment with, among other things, racketeering and three counts of murder. The government has received information that, while in custody, the defendant may have been involved in acts of obstruction of justice and witness tampering in connection with the pending case against Herron. The government has advised defense counsel but understands that the Court may wish to address these issues directly with the defendant.

                                      Respectfully submitted,

                                      LORETTA E. LYNCH
                                      United States Attorney

                    By:        /s/
                                      Carter Burwell
                                      Assistant U.S. Attorney
                                      (718) 254-6313

cc:  Clerk of Court (by ECF)
     Robert Moore, Esq.